Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>ANTONIO RUIZ-CAMPOS,<br><br>           Defendant. | No. CR07-05051FDB<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF<br>TIME TO FILE NOTICE OF<br>APPEAL |

       THIS MATTER having come on regularly for hearing on the motion of the defendant for an extension of time in which to file his notice of appeal; the Court being fully advised in the premises, it is now, therefore,

       ORDERED that defendant's motion for an extension of time to file his notice of appeal be and the same is hereby

\*\*

\*\*

\*\*

ORDER GRANTING
MOTION FOR EXTENSION OF
TIME TO FILE NOTICE OF APPEAL - 1

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

granted. Defendant's notice of appeal shall be filed by August 21, 2007.

DATED this 27th day of August, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICE OF ZENON
  PETER OLBERTZ
Attorneys for Defendant


By:/s/_____
    Zenon P. Olbertz
    WSB #6080

ORDER GRANTING
MOTION FOR EXTENSION OF
TIME TO FILE NOTICE OF APPEAL - 2

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Zenon P. Olbertz          zenon@olbertzlaw.com
                          sarah@olbertzlaw.com

Douglas J. Hill           dhill@co.pierce.wa.us
                          ECF-CRM.USAWAW@usdoj.gov
                          sharon.nelson@usdoj.gov

Linda R. Sullivan         linda_sullivan@fd.org
                          delia_bonaparte@fd.org

I further certify that on August 21, 2007, I delivered true and correct copies of the foregoing, by United States Mail to the following:

    Antonio Ruiz-Campos
    Reg #37055-086, Unit GB
    Federal Detention Center
    PO Box 13900
    Seattle, WA 98198-1090

Signed at Tacoma, Washington this 21th day of August, 2007.

_____
Kathy Herbstler

ORDER GRANTING
MOTION FOR EXTENSION OF
TIME TO FILE NOTICE OF APPEAL - 3

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967