# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Antonio Ruiz-Campos | ) | Case No: CR07-5051 FDB |
| | ) | USM      37055-086 |
| Date of Previous Judgment:   August 10, 2007 | ) | Zenon P. Olbertz |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❐  the Director of the Bureau of Prisons   ❐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

❐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   84   months **is reduced to**   70 months   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:   29 | Amended Offense Level:   27 | |
| Criminal History Category:   I | Criminal History Category:   I | |
| Previous Guideline Range:   89  to  108  months | Amended Guideline Range:   70  to 87  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❐ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   August 10, 2007,   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   March 26, 2008

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE
Judge's signature

Effective Date:

Franklin D. Burgess
(if different from order date)                          United States District Judge